THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAMS PLANT SERVICES, LLC, a foreign limited liability company, <br><br> Defendant. | CASE NO. C19-1542-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to file and serve its answer to Plaintiffs' complaint (Dkt. No. 11). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Defendant shall file and serve its answer to Plaintiffs' complaint no later than November 29, 2019.

//
//
//

MINUTE ORDER
C19-1542-JCC
PAGE - 1

1     DATED this 22nd day of October 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk

MINUTE ORDER
C19-1542-JCC
PAGE - 2