UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST *et al.*, | CASE NO. C19-1542-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WILLIAMS PLANT SERVICES, LLC, a foreign limited liability company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to file and serve its answer to Plaintiffs' complaint (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Defendant shall file and serve its answer to Plaintiffs' complaint no later than January 29, 2020.

DATED this 17th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
